**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT**

IN RE:
    JOHN GILES                          : CASE NUMBER: 16-20544 (amn)
    PRISCILLA GILES                : CHAPTER 13
        Debtors

AVAIL HOLDING LLC
        Movant

VS.

JOHN GILES
PRISCILLA GILES
        Debtors

MOLLY T. WHITON, TRUSTEE
        Respondents                     : MAY 31, 2016

**MOTION FOR RELIEF FROM STAY**

Movant, AVAIL HOLDING LLC, respectfully requests this court to grant relief from the Automatic Stay ordered on April 2, 2016, and in support thereof represents as follows:

1. John Giles and Priscilla Giles (hereinafter referred to as the "Debtors") filed a petition under Chapter 13 of the Bankruptcy Code on April 2, 2016.

2. The Bankruptcy Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1334 and 11 U.S.C. Section 362.

3. Debtors are the owners of record of property located in the Town of Bloomfield, Connecticut, commonly known as 96 Wintonbury Avenue, Bloomfield (hereinafter referred to as the "Property") and more particularly described on Exhibit A attached hereto. Debtors have continued in possession of the Property since the filing of the petition.

4. Movant is the holder of record of a certain Open-End Mortgage Deed relative to the Property, dated June 24, 1998 and recorded June 25, 1998 in Volume 779 at Page 42 of the Bloomfield Land Records. The Mortgage was given by the Debtors to secure a Note in favor of Associates Home Equity Services, Inc. in the original principal amount of $138,461.69, dated June 24, 1998. Through a series of assignments, the Note and Mortgage were assigned to Movant by assignment dated June 16, 2015 and recorded August 3, 2015 in Volume 1828 at Page 255 of the Bloomfield Land Records.

5. Movant is presently the holder of the Mortgage and Note.

6. Movant does not have, and has not been offered adequate protection for its interest in the Property. There is no equity in the Property for the Debtors' estate. Debtors' failed to make their post-petition payments. The Debtors are

contractually due for the December 1, 2012 payment. An action for foreclosure of the mortgage is pending in the Superior Court, J.D. Hartford, in which action a judgment of strict foreclosure entered on January 4, 2016, with law days scheduled to commence on April 4, 2016. The Court found the value of the Property to be $179,000.00 and the debt owed Movant as of was $198,239.77 plus attorneys' fees of $4,540.00 and costs of $1,619.40.

7. If Movant is not permitted to foreclose its security interest in said Property and obtain possession of same it will suffer irreparable injury, loss and damage.

**WHEREFORE**, Movant prays that upon final hearing of the Motion, the Stay pursuant to 11 U.S.C. Section 362 be modified to permit it to foreclose its security interest upon the Property, and that it be granted such other and further relief as this court may deem necessary and proper. Movant further requests relief from stay to allow Movant to contact the Debtors in writing, by telephone or other form of communication, and, at its sole option, to offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, including a deed in lieu of foreclosure from the Debtors, with any such agreement being non-

recourse unless included in a reaffirmation agreement. Movant further requests that Rule 4001(a)(3) be declared inapplicable and that the Movant may immediately enforce the order.

Movant, AVAIL HOLDING LLC

Date: May 31, 2016    By: _____
Claudia M. Sklar, Esq. of
O'Connell, Attmore & Morris L.L.C.
280 Trumbull Street, 23rd Floor
Hartford, CT 06103-3598
Tel. (860) 548-1300
Federal Bar No. CT 08246
Its attorneys

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

IN RE:
    JOHN GILES                         : CASE NUMBER: 16-20544 (amn)
    PRISCILLA GILES               : CHAPTER 13
        Debtors

    AVAIL HOLDING LLC
        Movant

VS.

    JOHN GILES
    PRISCILLA GILES
        Debtors

    MOLLY T. WHITON, TRUSTEE
        Respondents                         :

## ORDER GRANTING RELIEF FROM STAY

AVAIL HOLDING LLC (the "Movant") filed a Motion for Relief from Stay (the "Motion"), ECF No. ___ . After notice and a hearing, see 11 U.S.C. § 102(1), and in compliance with the Court's Bar Date Procedure, and it appearing that the relief sought in the Motion should be granted, it is hereby

ORDERED, that the automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § [362(d)(1)/362(d)(2)] to permit the Movant

and/or its successors and assignees, to exercise their rights, if any, with respect to real property known as 96 Wintonbury Avenue, Bloomfield, Connecticut, in accordance with applicable non-bankruptcy law.

And it is FURTHER ORDERED, that to the extent there exists a co-debtor, the automatic stay pursuant to 11 U.S.C. § 362(a) and the fourteen (14) day stay pursuant to Fed. R. Bankr. P. 4001(a)(3) are modified to allow the Movant to enforce its interests in the real property against such co-debtor.

O'CONNELL, ATTMORE & MORRIS, LLC
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023